**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  21-cv-01379-RMR-KMT

---

MICHELE BAXTER,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

COME NOW the Parties through undersigned counsel and hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 10th day of August, 2021.

| | |
|---|---|
| *s/ Ian D. Kalmanowitz* | *s/Michael W. Schreiner* |
| Ian D. Kalmanowitz | Michael W. Schreiner |
| Cornish & Dell'Olio, P.C. | Caplan and Earnest LLC |
| 431 N. Cascade Ave., Ste. 1 | 3107 Iris Avenue, Suite 100 |
| Colorado Springs, CO 80903 | Boulder, CO 80301 |
| Tel: 719-475-1204 | Telephone: 303-443-8010 |
| Facsimile: 719-475-1264 | Email: MSchreiner@celaw.com |
| ikalmanowitz@cornishandddellolio.com | Attorneys for Defendant |
| Attorney for Plaintiff | |